IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA LA FRONZA, and NATALIA KUPIEC, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:21-cv-03027 |
| Plaintiffs, | ) ) ) | Hon. Judge Thomas M. Durkin |
| v. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| PEOPLECONNECT, INC., a Delaware corporation, and INTELIUS LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1, Defendants PeopleConnect, Inc. and Intelius LLC ("Defendants") and Plaintiffs Anna La Fronza and Natalia Kupiec ("Plaintiffs"), by and through their undersigned attorneys, respectfully move for leave for Defendants to file their Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Complaint ("Memorandum in Support") in excess of 15 pages, not to exceed 25 pages; for Plaintiffs to file their Response Brief in excess of 15 pages, not to exceed 25 pages, if necessary; and for Defendants to file their Reply Brief in excess of 10 pages, not to exceed 15 pages, if necessary. In support of this Motion, the parties state as follows:

1. Despite Defendants' best efforts in working carefully to prepare an efficient Memorandum in Support of the motion to dismiss that they will be filing, Defendants believe that 10 additional pages are necessary to adequately address all issues presented in Plaintiffs' Complaint.

2. Moreover, in the interests of efficiency and to be cognizant of the Court's time, the parties agree that Plaintiffs should be permitted up to and including 25 pages for their response to Defendants' motion to dismiss if they determine that they need the extra pages after reviewing Defendants' motion and that Defendants be permitted up to and including 25 pages for that memorandum and up to and including 15 pages for their Reply Brief.

3. The parties conferred about these issues on October 4, 2021.

WHEREFORE, the parties respectfully request that this Court grant this Motion and enter an order granting Defendants leave to file their Memorandum in Support not to exceed 25 pages, Plaintiffs leave to file their Response Brief not to exceed 25 pages, and Defendants leave to file their Reply Brief not to exceed 15 pages.

Dated: October 4, 2021

Respectfully Submitted,

| | |
|---|---|
| PEOPLECONNECT, INC., and INTELIUS LLC | ANNA LA FRONZA and NATALIA KUPIEC |
| By: */s/ Debbie L. Berman* | By: */s/ Benjamin Scott Thomassen* |
| Wade A. Thomson, #6282174<br>Debbie L. Berman, #6205154<br>Clifford W. Berlow, #6292383<br>Sarah L. Futernick, #6315365<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: 312 222-9350<br>Facsimile: 312 527-0484<br>wthomson@jenner.com<br>dberman@jenner.com<br>cberlow@jenner.com<br>sfuternick@jenner.com<br><br>*Attorneys for Defendants PeopleConnect, Inc., and Intelius LLC* | J. Dominick Larry<br>NICK LARRY LAW LLC<br>8 S. Michigan Avenue<br>Chicago, IL 60603<br>Telephone: 773-694-4669<br>nick@nicklarry.law<br><br>Philip L. Fraietta (*pro hac vice*)<br>BURSOR & FISHER, P.A.<br>888 7th Avenue, 3rd Floor<br>New York, NY 10019<br>Telephone: 646-837-7150<br>pfraietta@bursor.com<br><br>Ari Jonathan Scharg<br>Benjamin Harris Richman<br>Benjamin Scott Thomassen<br>EDELSON P.C.<br>350 North LaSalle Street, 14th Floor<br>Telephone: 312-589-6370<br>ascharg@edelson.com<br>brichman@edelson.com<br>bthomassen@edelson.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

 I, Debbie L. Berman, certify that on October 4, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

             /s/ *Debbie L. Berman*
              Debbie L. Berman