IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA, and NATALIA KUPIEC, individually and on behalf of all others similarly situated, | |
| | Case No. 1:21-cv-03027 |
| Plaintiffs, | Hon. Judge Thomas M. Durkin |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| PEOPLECONNECT, INC., a Delaware corporation, and INTELIUS LLC, a Delaware limited liability company, | |
| Defendants. | |

**CORPORATE DISCLOSURES OF PEOPLECONNECT, INC. AND INTELIUS LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants PeopleConnect, Inc. ("PeopleConnect") and Intelius LLC ("Intelius"), through their undersigned counsel, disclose:

1. PeopleConnect, Inc., a non-public Delaware corporation, is a wholly-owned subsidiary of PeopleConnect Intermediate, LLC which is wholly-owned by its sole member, PeopleConnect Holdings, Inc., also a non-public Delaware corporation. No publicly held corporation owns 10% or more of PeopleConnect's stock. The principal place of business for these entities is Washington. PeopleConnect has no publicly held affiliates.

2. Intelius LLC, a Delaware limited liability company, is a wholly-owned subsidiary of PubRec, LLC, which has a sole member of PubRec LLC, which is wholly-owned by PubRec Holdings, Inc., a non-public Delaware corporation. No publicly held corporation owns 10% or

more of Intelius' stock. The principal place of business for these entities is California. Intelius has no publicly held affiliates.

     3.     PCHI Parent, Inc. is a non-public Delaware parent corporation of all entities listed above. PCHI Parent, Inc.'s principal place of business is California.

Dated: October 7, 2021

Respectfully Submitted,

PEOPLECONNECT, INC., and
INTELIUS LLC

By: */s/ Wade A. Thomson*

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
Sarah L. Futernick, #6315365
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com
sfuternick@jenner.com

*Attorneys for Defendants PeopleConnect, Inc., and Intelius LLC*

**CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on October 7, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Wade A. Thomson*
Wade A. Thomson