# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNA LA FRONZA and NATALIA KUPIEC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, Inc. a Delaware corporation, and INTELIUS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:21-cv-03027<br><br>Honorable Thomas M. Durkin |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF ANNA LA FRONZA ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anna La Fronza hereby dismisses without prejudice all claims against Defendants PeopleConnect, Inc. and Intelius LLC.

Dated: May 24, 2022

By:    */s/ Philip L. Fraietta*
      Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**NICK LARRY LAW LLC**
J. Dominick Larry
55 E Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (773) 694-4669
Fax: (773) 694-4691

E-Mail: nick@nicklarry.law
Firm ID: 64846

*Attorneys for Plaintiff Anna La Fronza*

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Natalia Kupiec*